FILED
...KS OFFICE.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

...PR 18  ⊃ I: 07

...DISTRICT COURT
...OF MASS

---

DEBBIE L. TREZVANT, TIMOTHY )
CAHILL,DEBORAH CHERYL ARCH, and)
MARY-CATHERINE PICHE, each of them )
individually and on behalf of all others )
similarly situated and similarly situated )
current and former employees of Defendants)
                        )
      Plaintiffs              )
                        )
v.                       )
                        )
FIDELITY EMPLOYER SERVICES )
CORPORATION and FMR CORP., )
      Defendants            )
                        )

Case No.  05-10673-WGY


COMPLAINT


FLSA COLLECTIVE ACTION

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this

Court permit Charles Joseph, Esq. to enter his appearance as counsel for the plaintiffs in this

action.  In support of this motion, the plaintiffs submit the Certificate of Charles Joseph, Esq.

That certificate states as follows:

1. Mr. Joseph is a member of the bars of New York State, the United States District Court

for the Southern District of New York, and the United States District Court for the Eastern

District of New York.

2. Mr. Joseph is a member of the bar in good standing in every jurisdiction in which he

has been admitted to practice.

3. There are no disciplinary proceedings pending against Mr. Joseph as a member of the

bar in any jurisdiction.

1

4. Mr. Joseph is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Charles Joseph, Esq. to enter his appearance as counsel for the plaintiffs in this action.  In support for this motion, the plaintiffs rely upon the Certificate of Charles Joseph, Esq., attached hereto.

THE PLAINTIFFS,
By their attorneys,

Thomas E. Kenney
BBO # 561590
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444