## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY ) <br> CAHILL, DEBORAH CHERYL ARCH, and) <br> MARY-CATHERINE PICHE, each of them ) <br> individually and on behalf of all others ) <br> similarly situated and similarly situated ) <br> current and former employees of Defendants) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FIDELITY EMPLOYER SERVICES ) <br> CORPORATION and FMR CORP., ) <br>     Defendants ) <br> ) | Case No.  05-10673-WGY <br><br><br> COMPLAINT <br><br> FLSA COLLECTIVE ACTION |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this Court permit Ira Spiro, Esq. to enter his appearance as counsel for the plaintiffs in this action.  In support of this motion, the plaintiffs submit the Certificate of Ira Spiro, Esq.  That certificate states as follows:

    1. Mr. Spiro is a member of the bars of the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, and the United States Court of Appeals for the Ninth Circuit, and all courts of the State of California.

    2. Mr. Spiro is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

    3. There are no disciplinary proceedings pending against Mr. Spiro as a member of the bar in any jurisdiction.

4. Mr. Spiro is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Ira Spiro, Esq. to enter his appearance as counsel for the plaintiffs in this action. In support for this motion, the plaintiffs rely upon the Certificate of Ira Spiro, Esq., attached hereto.

                                             THE PLAINTIFFS,
                                             By their attorneys,

                                               /s/    Thomas E. Kenney
                                             Thomas E. Kenney
                                             BBO # 561590
                                             Pierce & Mandell, P.C.
                                             11 Beacon St., Suite 800
                                             Boston, MA 02108
                                             (617) 720-2444

Dated: April 26, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY )<br>CAHILL, DEBORAH CHERYL ARCH, and )<br>MARY-CATHERINE PICHE, each of them )<br>individually and on behalf of all others )<br>similarly situated and similarly situated )<br>current and former employees of Defendants )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>FIDELITY EMPLOYER SERVICES )<br>CORPORATION and FMR CORP., )<br>Defendants )<br>) | Case No. 05-10673-WGY<br><br>CERTIFICATE OF IRA SPIRO<br>IN APPLICATION TO<br>APPEAR AND PRACTICE;<br>LOCAL RULE 8.5.3(b) |

**CERTIFICATE OF IRA SPIRO**

I, Ira Spiro, Esq., being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, and the United States Court of Appeals for the Ninth Circuit, and all the courts of the State of California (i.e. I am an active member of the State Bar of California).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury under the laws of the United States of America, this 20th day of April, 2005.

_____
Ira Spiro