## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY ) <br> CAHILL,DEBORAH CHERYL ARCH, and) <br> MARY-CATHERINE PICHE, each of them ) <br> individually and on behalf of all others ) <br> similarly situated and similarly situated ) <br> current and former employees of Defendants) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FIDELITY EMPLOYER SERVICES ) <br> CORPORATION and FMR CORP., ) <br>     Defendants ) <br> ) | Case No. 05-10673-WGY <br><br> CERTIFICATE OF CHARLES JOSEPH <br><br> FLSA COLLECTIVE ACTION |

## CERTIFICATE OF CHARLES JOSEPH, ESQ.

I, Charles Joseph, Esq., under dual penalties of perjury, deposes and states as follows:

1. I am an attorney and a member in good standing of the bars of New York State, and United States District Court, Southern and Eastern Districts.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this ___ day of April, 2005.

_Charles Joseph_
Charles Joseph

1