AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

DEBBIE L. TREZVANT, TIMOTH CAHILL,
DEBORAH CHERYL ARCH, and
MARY-CATHERINE PICHE

V.

FIDELITY EMPLOYER SERVICES CORPORATION
and FMR CORP.

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 05 10673 WGY

TO: (Name and address of Defendant)

FIDELITY EMPLOYER SERVICES CORPORATION
82 Devonshire Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

APR 05 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date            Signature of Server

_____
Address of Server

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 6, 2005
I hereby certify and return that on 5/4/2005 at 3:05PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to C.Harkins, agent and person in charge at the time of service for Fidelity Employer Services Corporation, at , 82 Devonshire Street, Boston, MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  John Cotter            Deputy Sheriff
Deputy Sheriff  John Cotter