# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY EMPLOYER SERVICES COMPANY and FMR CORP., <br><br> Defendants. | CIVIL ACTION NO. 05-CV-10673-WGY |

**JOINT MOTION FOR EXTENSION OF TIME
IN WHICH DEFENDANTS MAY RESPOND TO THE COMPLAINT**

At the request of Defendants Fidelity Employer Services Company and FMR Corp. (collectively, "Defendants"), Defendants and Plaintiffs Debbie L. Trezvant, Timothy Cahill, Deborah Cheryl Arch, and Mary-Catherine Piche (collectively, "Plaintiffs"), hereby jointly move for a short extension of time in which Defendants may answer, move or otherwise respond to the Complaint in the above-captioned action to and including June 24, 2005. As grounds for this motion, the parties state as follows:

1. On April 5, 2005, Plaintiffs filed their Complaint with this Court, and served the Complaint and Summonses on Defendants on or about May 4, 2005.

2. Plaintiffs' Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Plaintiffs seek to assert their claims in a collective action pursuant to 29 U.S.C. § 216(b).

-2-

3. Counsel for Defendants requested that Plaintiffs agree to this extension of the time for Defendants to respond, and counsel for Plaintiffs agreed to submit this joint motion.

4. The requested extension would cause Defendants' responsive pleading to be due on or before Friday, June 24, 2005.

5. The parties have not requested any prior extensions in this matter.

-3-

WHEREFORE, at the request of Defendants Fidelity Employer Services Company and FMR Corp., said Defendants and Plaintiffs Debbie L. Trezvant, Timothy Cahill, Deborah Cheryl Arch, and Mary-Catherine Piche respectfully move that this Court grant an extension until June 24, 2005 for Defendants to answer, move or otherwise respond to the Complaint in the above-captioned matter.

Respectfully submitted,

| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, By their attorneys, | FIDELITY EMPLOYER SERVICES COMPANY and FMR CORP. By their attorneys, |
|---|---|
| /s/ Ira Spiro | /s/ Barry J. Miller |
| Ira Spiro (CA State Bar No. 67641)<br>  Admitted *pro hac vice*<br>SPIRO MOSS BARNESS HARRISON & BARGE LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 90063-1683<br>(310) 235-2468 | Richard L. Alfred (BBO # 015000)<br>Krista G. Pratt (BBO # 644741)<br>Barry J. Miller (BBO # 661596)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800 |
| Thomas E. Kenney (BBO # 516590)<br>PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 | Telecopier:    (617) 946-4801 |

Charles Joseph (NY State Bar No. CJ 9442)
  Admitted *pro hac vice*
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017

DATED:  May 18, 2005