## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation (FESCO), and as I understand it, of FMR Corp.

I consent to become a "party plaintiff" in a Fair Labor Standards Act (FLSA) lawsuit, seeking payment of unpaid wages, including overtime wages, and related relief against FESCO and FMR Corp., on behalf of myself and other former and current employees of FESCO and/or FMR Corp., including employees and former employees in any of the following job titles: business analyst, technical analyst, configuration analyst.

_Mari-Catherine Piche_
Print Name

_Mari-Catherine Piche_
Signature

_2/14/2005_
Date