# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, on behalf of themselves and others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FIDELITY EMPLOYER SERVICES COMPANY and FMR CORP., )<br><br>Defendants. ) | CIVIL ACTION NO. 05-CV-10673-WGY |

## DEFENDANT FIDELITY EMPLOYER SERVICES COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Fidelity Employer Services Company LLC ("FESCo") makes the following disclosures:

1.      As of the date of this disclosure, FESCo is a wholly-owned subsidiary of FMR Corporation.

2.      No publicly held company owns more than 10% of FESCo's stock.

If necessary, Defendant Fidelity Employer Services Company LLC will supplement this statement upon any change in the information disclosed herein, as required by Local Rule 7.3(B).

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
COMPANY LLC
By its attorneys,


_____/s/ Barry J. Miller_____
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
DATED:  June 6, 2005                   Telecopier:     (617) 946-4801


## CERTIFICATE OF SERVICE

I, Barry J. Miller, hereby certify that on this 6th day of June, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Thomas E. Kenney, Pierce & Mandell, P.C., 11 Beacon St., Suite 800, Boston, MA 02108, Counsel for Plaintiffs.


_____/s/ Barry J. Miller_____

Barry J. Miller

BO1 15715741.1