# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) CIVIL ACTION NO. 05-CV-10673-WGY |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FIDELITY EMPLOYER SERVICES COMPANY and FMR CORP., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT FMR CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant FMR Corporation states that it has no parent corporation, and no publicly held company owns more than 10% of FMR Corporation's stock. If necessary, Defendant FMR Corporation will supplement this statement upon any change in the information disclosed herein, as required by Local Rule 7.3(B).

Respectfully submitted,

FMR CORPORATION
By its attorneys,

  /s/ Barry J. Miller
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

DATED: June 6, 2005

BO1 15719016.1

## CERTIFICATE OF SERVICE

    I, Barry J. Miller, hereby certify that on this 6th day of June, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Thomas E. Kenney, Pierce & Mandell, P.C., 11 Beacon St., Suite 800, Boston, MA 02108, Counsel for Plaintiffs.

                                              /s/ Barry J. Miller

                                                Barry J. Miller

BO1 15719016.1