## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY )<br>CAHILL,DEBORAH CHERYL ARCH, and)<br>MARY-CATHERINE PICHE, each of them )<br>individually and on behalf of all others )<br>similarly situated and similarly situated )<br>current and former employees of Defendants) | Case No. 05-10673-WGY |

)

        Plaintiffs       )

)

v.                 )

)

FIDELITY EMPLOYER SERVICES  )
CORPORATION and FMR CORP.,  )
      Defendants       )

)

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(b), that this

Court permit Rebecca J. Sobie, Esq. to enter her appearance as counsel for the plaintiffs in this

action. In support of this motion, the plaintiffs submit the Certificate of Rebecca J. Sobie. That

certificate states as follows:

1. Ms. Sobie is a member of the bars of the United States District Courts for the Northern,

Central, Southern and Eastern Districts of California, and all courts of the State of California.

2. Ms. Sobie is a member of the bar in good standing in every jurisdiction in which she

has been admitted to practice.

3. There are no disciplinary proceedings pending against Ms. Sobie as a member of the

bar in any jurisdiction.

4. Ms. Sobie is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Rebecca J. Sobie, Esq. to enter her appearance as counsel for the plaintiffs in this action.  In support of this motion, the plaintiffs rely upon the Certificate of Rebecca J. Sobie, attached hereto.

THE PLAINTIFFS,
By their attorneys,

  /s/    Thomas E. Kenney
Thomas E. Kenney
BBO # 561590
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

Dated: June 14, 2005

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, ) DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, | CASE NO. 05-10673-WGY |

DEBBIE L. TREZVANT, TIMOTHY CAHILL, )
DEBORAH CHERYL ARCH, and MARY- )
CATHERINE PICHE, each of them individually )
and on behalf of all others similarly situated and )
similarly situated current and former employees )
of Defendants,                                                        )
                                                                            )
                Plaintiffs,                                       )
                                                                            )
v.                                                                          )
                                                                            )
FIDELITY EMPLOYER SERVICES                          )
CORPORATION and FMR CORP.,                          )
                                                                            )
                Defendants.                                  )
                                                                            )

CASE NO. 05-10673-WGY

CERTIFICATE OF REBECCA J SOBIE
IN APPLICATION TO APPEAR AND
PRACTICE

[LOCAL RULE 83.5.3(b)]

**CERTIFICATE OF REBECCA J SOBIE**

I, Rebecca J Sobie, Esq., being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, and all the courts of the State of California (i.e., I am an active member of the State Bar of California).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 6th day of June, 2005.

*Rebecca J Sobie*
_____
Rebecca J Sobie