UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| | ) | CIVIL ACTION NO.  05-CV-10673-WGY |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

At the request of Defendants, following the filing of Plaintiffs' First Amended Complaint ("Amended Complaint") on or about June 22, 2005, the parties hereby jointly move for an extension of time in which Defendants may answer, move, or otherwise respond to the Amended Compliant in the above-captioned action through and including August 26, 2005.  As grounds for this motion, the parties state as follows:

1. The Plaintiffs filed their Complaint on or about April 5, 2004, and served the Complaint and Summonses on Defendants on or about May 4, 2005.

2. Plaintiffs' Complaint alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), which Plaintiffs sought to assert in a collective action pursuant to 29 U.S.C. § 216(b).

BO1 15723336.2

3.  Plaintiffs filed their Amended Complaint on or about June 22, 2005. In their Amended Complaint, Plaintiffs amended the definition of the class on behalf of which they purport to assert their FLSA claims by, among other things, adding job classifications to the job classifications used to define the class in their original Complaint.

4.  In addition to the FLSA claims in Plaintiffs' original Complaint, the Amended Complaint also includes a new and separate count for alleged violations of New Hampshire state law, which Plaintiffs seek to assert as a class action pursuant to Fed.R.Civ.P. 23.

5.  Because of Defendants' counsel's litigation schedules and vacations plans, Defendants require additional time in which to answer, move, or otherwise respond to the Amended Complaint.

6.  Counsel for Defendants requested that Plaintiffs agree to this extension of the time for Defendants to respond, and counsel for Plaintiffs agreed to submit this joint motion.

7.  The requested extension would cause Defendants' responsive pleading to be due on or before Friday, August 26, 2005.

-3-

WHEREFORE, the parties respectfully move that this Court grant an extension of time through and including August 26, 2005 for Defendants to answer, move, or otherwise respond to the Amended Complaint in this matter.

Respectfully submitted,

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE,<br>By their attorneys, | FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC and FMR CORP.,<br>By their attorneys, |
| /s/ Ira Spiro<br>Ira Spiro (CA State Bar No. 67641)<br>  Admitted *pro hac vice*<br>Rebecca J. Sobie (CA State Bar No. 179562)<br>  Admitted *pro hac vice*<br>SPIRO MOSS BARNESS HARRISON & BARGE LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 90063-1683<br>(310) 235-2468 | /s/ Barry J. Miller<br>Richard L. Alfred (BBO # 015000)<br>Krista G. Pratt (BBO # 644741)<br>Barry J. Miller (BBO # 661596)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:  (617) 946-4800<br>Telecopier:  (617) 946-4801 |
| Thomas E. Kenney (BBO # 516590)<br>PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 | Brett C. Bartlett (Ga. Bar No. 040510)<br>SEYFARTH SHAW LLP<br>*Petition for Admission Pro Hac Vice to be Filed*<br>One Peachtree Pointe<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta, GA 30309-2401<br>Telephone:  (404) 885-1500<br>Telecopier:  (404) 892-7056 |
| Charles Joseph (NY State Bar No. CJ 9442)<br>JOSEPH & HERZFELD LLP<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 | |

DATED: July 5, 2005