# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY, LLC, and FMR CORP., )<br><br>Defendants. ) | CIVIL ACTION NO.  05-10673 WGY |

## **DEFENDANTS' MOTION TO ADMIT BRETT C. BARTLETT *PRO HAC VICE***

Defendants hereby move the Court pursuant to Local Rule 83.5.3(b) for an order granting Brett C. Bartlett, Esq. leave to practice in this Court and file an appearance in these actions. Accompanying this motion as Exhibit A is the affidavit of Brett C. Bartlett dated June 29, 2005, in which he attests that he is a member in good standing in every jurisdiction where he has been admitted, that there are no disciplinary proceedings pending against him in any jurisdiction, and that he is familiar with the Local Rules of this Court.  A check in payment of the filing fee for this motion will be delivered to the Court Clerk's office promptly.

WHEREFORE, Defendants request that the Court grant this motion and admit Brett C. Bartlett *pro hac vice*.

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
CORPORATION, FIDELITY EMPLOYER
SERVICES COMPANY LLC and
FMR CORP.,
By their attorneys,

    /s/ Barry J. Miller
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

Dated: July 5, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Thomas E. Kenney, Pierce & Mandell, P.C., 11 Beacon St., Suite 800, Boston, MA 02108 by first class mail, postage prepaid, on July 5, 2005.

    /s/ Barry J. Miller
Barry J. Miller

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY, LLC, and FMR CORP.,<br><br>Defendants. | CIVIL ACTION NO. 05 10673 WGY |

**AFFIDAVIT OF OUT-OF-STATE COUNSEL
TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) of Massachusetts Local Rules of Civil Procedure, I, Brett C. Bartlett of SEYFARTH SHAW LLP, 1545 Peachtree Street, Suite 700, Atlanta, GA 30309-2401, in support of Defendants' Motion to this Court that I be admitted *pro hac vice* as counsel for the Defendants in the above-referenced matter, state the following:

1. I have been a member in good standing of the Bar of Georgia and licensed to practice law in Georgia since 1999.

2. I am also admitted to practice and am in good standing before the following courts:

   a. United States District Court for the Northern District of Georgia (2001).

   b. United States District Court for the Middle District of Georgia (2000).

  c.  United States 5th Circuit Court of Appeals (2002).

  d.  United States 11th Circuit Court of Appeals (2003).

  e.  Georgia Court of Appeals (2003).

  f.  Georgia Supreme Court (2003).

3. I have not been denied admission or been disciplined by any other Court nor have I ever resigned from the practice of law.

4. I have no grievances pending against me.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

6. I have acquired special knowledge with respect to claims made by the Plaintiffs against the Defendants.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF June, 2005.

By: _____
Brett C. Bartlett (GA Bar No. 040510)

Sworn and subscribed to before me
29th day of June, 2005.

_____
Notary Public
My commission expires: _____

2

AT1 32265685.1