UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>                         Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10673 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO MOTION TO DISMISS AND FOR DEFENDANTS TO SUBMIT REPLY**

The parties respectfully request that this Court extend the deadline for the plaintiffs to respond to the defendants' motion to dismiss until October 31, 2005. The parties further request that the Court allow defendants to submit a reply to plaintiffs' opposition on November 21, 2005. In support of this motion, the parties state as follows:

1. On August 26, 2005 the defendants filed their motion to dismiss.

2. While the plaintiffs have only had the opportunity for a cursory review of the motion papers, the plaintiffs expect to devote significant time and effort in opposing the defendants' motion.

3. At least two of the plaintiffs' attorneys will be on vacation in the near future, and the plaintiffs will therefore need additional time to complete and file their opposition papers.

4. Given the novel issues presented in the motion to dismiss, defendants believe that a reply may assist the Court in deciding the motion. Accordingly, defendants seek leave to file a reply to plaintiffs' opposition, on or before November 21, 2005.

WHEREFORE, for the reasons set forth above, the parties, through their counsel, respectfully request that this Court extend the deadline for the plaintiffs to file their response to the defendants' motion to dismiss until October 31, 2005, and allow defendants to submit a reply to plaintiffs' opposition by November 21, 2005.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE By their attorneys, | DEFENDANTS FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC and FMR CORP., By their attorneys, |
| /s/  Thomas E. Kenney_____ Thomas E. Kenney BBO # 561590 Pierce & Mandell, P.C. 11 Beacon St., Suite 800 Boston, MA 02108 (617) 720-2444 | /s/ Krista G. Pratt Richard L. Alfred (BBO # 015000) Krista G. Pratt (BBO # 644741) Barry J. Miller (BBO # 661596) SEYFARTH SHAW LLP World Trade Center East Two Seaport Lane, Suite 300 Boston, MA 02210-2028 Telephone:   (617) 946-4800 Telecopier:  (617) 946-4801 |
| | Brett C. Bartlett (admitted *pro hac vice*) SEYFARTH SHAW LLP 1545 Peachtree Street, N.E., Suite 700 Atlanta, GA  30309-2401 Telephone:   (404) 892-6412 Telecopier:  (404) 892-7056 |

Dated: August 31, 2005