# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  05-10673 WGY |
| FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY, LLC, and FMR CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Krista G. Pratt, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts  02210 as counsel for the Defendants Fidelity Employer Services Corporation, Fidelity Employer Services Company LLC and FMR Corp. in the above-referenced matter.

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
CORPORATION, FIDELITY EMPLOYER
SERVICES COMPANY LLC and
FMR CORP.,
By their attorneys,

_____/s/ Krista G. Pratt_____
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

Dated:  September 30, 2005

Brett C. Bartlett (admitted *pro hac vice*)
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Telephone:    (404) 892-6412
Telecopier:    (404) 892-7056

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served
on Thomas E. Kenney, Pierce & Mandell, P.C., 11 Beacon St.,
Suite 800, Boston, MA 02108 by first class mail, postage prepaid,
on September 30, 2005.

_____/s/ Krista G. Pratt_____
Krista G. Pratt

BO1 15739937.1