UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY ) <br> CAHILL, DEBORAH CHERYL ARCH, and) <br> MARY-CATHERINE PICHE, each of them ) <br> individually and on behalf of all others ) <br> similarly situated and similarly situated ) <br> current and former employees of Defendants) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FIDELITY EMPLOYER SERVICES ) <br> CORPORATION and FMR CORP., ) <br> Defendants ) <br> ) | Case No.  05-10673-WGY |

**PLAINTIFFS' MOTION TO SUBMIT CORRECTED AFFIDAVIT IN SUPPORT OF
MOTION FOR CONDITIONAL CERTIFICATION AND
COURT FACILITATION OF NOTICE**

The plaintiffs respectfully request that this Court accept for submission the corrected Affidavit of Debbie L. Trezvant in support of the plaintiffs' motion for conditional certification and court facilitation of notice. As grounds therefore, the plaintiffs state that the corrected affidavit is submitted only to make a single, minor correction to paragraph 7 of Ms. Trezvant's original affidavit, in which she mistakenly referred to "Benesoft" software as "Peoplesoft."

THE PLAINTIFFS,
By their attorneys,

  /s/    Thomas E. Kenney
Thomas E. Kenney
BBO # 561590
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendant<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY, LLC, and FMR CORP.,<br><br>Defendant. | Case No. 05-10673 (WGY)<br><br>**AFFIDAVIT OF DEBBIE L. TREZVANT** |

## AFFIDAVIT

I, Debbie L. Trezvant, state under penalty of perjury, as follows:

1. I previously avowed statements in an affidavit executed on August 24, 2005 and submitted to the Court on September 12, 2005.

2. My earlier affidavit, paragraph 7 was mistaken in the use of the name, "Peoplesoft" in reference to a software program. The correct name of the program is "Benesoft."

3. I avow that in all other respects, my earlier affidavit is accurate.

4. I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2005

Debbie L. Trezvant