# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>                 Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY, LLC, and FMR CORP.,<br><br>                 Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Richard L. Alfred, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 as counsel for the Defendants Fidelity Employer Services Corporation, Fidelity Employer Services Company LLC and FMR Corp. in the above-referenced matter.

BO1 15739989.1

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
CORPORATION, FIDELITY EMPLOYER
SERVICES COMPANY LLC and
FMR CORP.,
By their attorneys,

　　　/s/ Richard L. Alfred　　　
Richard L. Alfred (BBO # 015000)
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

Dated: October 14, 2005
Telecopier:   (617) 946-4801

Brett C. Bartlett (admitted *pro hac vice*)
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401
Telephone:    (404) 892-6412
Telecopier:   (404) 892-7056

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Thomas E. Kenney, Pierce & Mandell, P.C., 11 Beacon St., Suite 800, Boston, MA 02108 by first class mail, postage prepaid, on October 14, 2005.

　　　/s/ Richard L. Alfred　　　
Richard L. Alfred

BO1 15739989.1