```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10673-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   DEBBIE L. TREZVANT, et al.,    *
                                    *
 7             Plaintiffs,          *
                                    *
 8   v.                             *    MOTION HEARING
                                    *
 9   FIDELITY EMPLOYER SERVICES     *
     CORPORATION, et al.,           *
10                                  *
               Defendants.          *
11                                  *
     * * * * * * * * * * * * * * * *
12

13             BEFORE:  The Honorable William G. Young,
                              District Judge
14

15   APPEARANCES:

16
                PIERCE & MANDELL, P.C. (By Thomas E.
17       Kenney, Esq.), 11 Beacon Street, Suite 800,
         Boston, Massachusetts 02108
18              - and -
                SPIRO MOSS BARNESS HARRISON & BARGE, LLP
19       (By Ira Spiro, Esq.), 11377 W. Olympic Blvd.,
         5th Floor, Los Angeles, California 90063-1683
20
                JOSEPH & HERZFELD, LLP (By Michael D.
21       Palmer, Esq.), 757 Third Avenue, 25th Floor, New
         York, New York 10017, on behalf of the Plaintiffs
22

23

24                                   Boston College Law School
                                     Newton Center, Massachusetts
25
                                     October 26, 2005
```

```
 1            A P P E A R A N C E S: (Cont'd)

 2

 3           SEYFARTH SHAW, LLP (By Richard L. Alfred,
       Esq., Brett C. Bartlett, Esq. and Krista G. Pratt,
 4     Esq.), World Trade Center East, Two Seaport Lane,
       Suite 300, Boston, Massachusetts 02210-2028
 5                 - and -
           JENNIFER INKER, Vice President and
 6     Associate General Counsel, FMR Legal Department,
       Fidelity Investments, Boston, Massachusetts 02109,
 7     on behalf of the Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```