# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 05-10673 WGY |
| v. | ) ) | |
| FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendants Fidelity Employer Services Corporation, Fidelity Employer Services Company LLC, and FMR Corp. (collectively "Defendants") hereby submit this Certification Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts.

1

BO1 15746687.1

Defendants and Defendants' counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
CORPORATION, FIDELITY EMPLOYER
SERVICES COMPANY LLC and
FMR CORP.,

_Jennifer E. Inker_
Jennifer E. Inker
Vice President and Associate General Counsel

SEYFARTH SHAW LLP

___/s/ Richard L. Alfred_____
Richard L. Alfred (BBO # 015000)
Brett C. Bartlett (Ga. Bar No. 040510)
    Admitted *pro hac vice*
Krista G. Pratt (BBO # 644741)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

DATED:  November 9, 2005

**CERTIFICATE OF SERVICE**

I, Barry J. Miller, hereby certify that on this 9th day of November, 2005, a true copy of the foregoing document was mailed, postage prepaid, to counsel for Plaintiffs, Ira Spiro, Esq. at Spiro Moss Barness Harrison & Barge LLP, 11377 W. Olympic Blvd., 5th Floor, Los Angeles, CA 90063-1683.

_____/s/ Barry J. Miller_____
Barry J. Miller

2

BO1 15746687.1