UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br>Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br>Defendants. | CIVIL ACTION NO. 05-10673 WGY |

**PROPOSED ORDER ON JOINT MOTION REGARDING PROCEDURES FOR PROVIDING NOTICE TO MEMBERS OF CONDITIONALLY CERTIFIED CLASS AND TO AMEND JOINT CASE MANAGEMENT PLAN**

The Court orders as stated in paragraphs 1 through 5 of the parties' Joint Motion Regarding Procedures for Providing Notice to Members of Conditionally Certified Class and to Amend Joint Case Management Plan.

SO ORDERED

*William G. Young*
WILLIAM G. YOUNG
Chief United States District Judge

Dated: November 22, 2005

BO1 15749106.1