UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARI-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendant<br><br>        Plaintiffs,<br><br>    v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br><br>        Defendant. | Case No.  05-10673 (WGY)<br><br>**FIRST FILING OF FLSA CONSENT-TO-SUE** |

Attached hereto is a Consent to be "Party Plaintiff" under Federal Fair Labor Standards Act for the following individual:

John R. Sweeney, Jr.


DATED:  December 22, 2005            SPIRO MOSS BARNESS HARRISON & BARGE LLP


                    By:    /s/   REBECCA J SOBIE
                        Attorneys for Plaintiffs



**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served on

Richard Alfred, Krista Pratt and Barry J. Miller, Seyfarth Shaw LLP, World Trade Center

East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028, by first class mail, postage

prepaid, on December 22, 2005.


                    /s/   REBECCA J SOBIE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10673 WGY ) ) ) ) ) ) ) ) ) |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: John R Sweeney Jr

Address: 5 Tsienneto Rd 446 Derry NH 03038

Optional: Preferred telephone number: 603-425-6447

Signature: X [signature]        Sr. Reporting Analyst

Date: 12/14/05