UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARI-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendant<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br><br>Defendant. | Case No. 05-10673 (WGY)<br><br>**NOTICE OF SECOND FILING OF FLSA CONSENT-TO-SUE** |

Attached hereto is a Consent to be "Party Plaintiff" under Federal Fair Labor Standards Act for the following individuals:

Russell Broz

Brie R. Basiliere

DATED: December 29, 2005     By:     /s/  REBECCA J SOBIE
                                      Attorneys for Plaintiffs

Ira Spiro (CA State Bar No. 67641)
Rebecca J Sobie (CA State Bar No. 179562)
Spiro Moss Barness Harrison & Barge LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
(310) 235-2468

Thomas E. Kenney (BBO No. 561590)
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

Charles Joseph (NY State Bar No. CJ 9442)
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017

1
NOTICE OF SECOND FILING OF FLSA CONSENT-TO-SUE

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on Richard Alfred, Krista Pratt and Barry J. Miller, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028, by first class mail, postage prepaid, on December 29, 2005.

/s/   REBECCA J SOBIE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10673 WGY ) ) ) ) ) ) ) ) ) |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: Brie R. Basiliere

Address: 5 Catamount Rd. Goffstown, NH 03045

Optional: Preferred telephone number: 603-858-4444

Signature: X /s/ Brie Basiliere

Date: 12/22/2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: _RUSSELL BROZ_

Address: _27 OLD CARRIAGE PATH, GROTON, MA 01450_

Optional: Preferred telephone number: _978-448-8177_

Signature: X _Russell Broz_

Date: _12-19-05_