UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARI-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendant<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br><br>Defendant. | Case No. 05-10673 (WGY)<br><br>**NOTICE OF THIRD FILING OF FLSA CONSENT-TO-SUE** |

Attached hereto is a Consent to be "Party Plaintiff" under Federal Fair Labor Standards Act for the following individuals:

Jane M. Vincent

Linda Biron

DATED: January 3, 2006          By:      /s/   REBECCA J SOBIE
                                     Attorneys for Plaintiffs

                                     Ira Spiro (CA State Bar No. 67641)
                                     Rebecca J Sobie (CA State Bar No. 179562)
                                     Spiro Moss Barness Harrison & Barge LLP
                                     11377 W. Olympic Blvd., 5th Floor
                                     Los Angeles, CA 90064-1683
                                     (310) 235-2468

                                     Thomas E. Kenney (BBO No. 561590)
                                     Pierce & Mandell, P.C.
                                     11 Beacon St., Suite 800
                                     Boston, MA 02108
                                     (617) 720-2444

                                     Charles Joseph (NY State Bar No. CJ 9442)
                                     Joseph & Herzfeld LLP
                                     757 Third Avenue, 25th Floor
                                     New York, NY 10017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on Richard Alfred, Krista Pratt and Barry J. Miller, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028, by first class mail, postage prepaid, on January 3, 2006.

/s/   REBECCA J SOBIE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>                        Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>                        Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-10673 WGY ) ) ) ) ) ) ) ) ) |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: _Jane M. Vincent_

Address: _6500 Sparkling Brook Drive, Raleigh, NC 27616_

Optional: Preferred telephone number: _919-255-1710_

Signature: X _Jane M. Vincent_

Date: _12/30/2005_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: Linda Biron

Address: 22 Dickey St. Manchester, NH 03102

Optional: Preferred telephone number: 603-627-9281


Signature: X Linda H. Biron
Date: 12/28/05