UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants<br><br>Plaintiffs<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br>Defendants | Case No. 05-10673-WGY<br><br>COMPLAINT<br><br>FLSA COLLECTIVE ACTION |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this Court permit Michael Palmer, Esq. to enter his appearance as counsel for the plaintiffs in this action. In support of this motion, the plaintiffs submit the Certificate of Michael Palmer, Esq. That certificate states as follows:

1. Mr. Palmer is a member of the New York state bar.

2. Mr. Palmer is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

3. There are no disciplinary proceedings pending against Mr. Palmer as a member of the bar in any jurisdiction.

4. Mr. Palmer is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Michael Palmer, Esq. to enter his appearance as counsel for the plaintiffs in this action. In support for this motion, the plaintiffs rely upon the Certificate of Michael Palmer, Esq., attached hereto.

                                            THE PLAINTIFFS,
                                            By their attorneys,

                                            __/s/___Thomas E. Kenney
                                            Thomas E. Kenney
                                            BBO # 561590
                                            Pierce & Mandell, P.C.
                                            11 Beacon St., Suite 800
                                            Boston, MA 02108
                                            (617) 720-2444

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY ) <br> CAHILL, DEBORAH CHERYL ARCH, and) <br> MARY-CATHERINE PICHE, each of them ) <br> individually and on behalf of all others ) <br> similarly situated and similarly situated ) <br> current and former employees of Defendants) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FIDELITY EMPLOYER SERVICES ) <br> CORPORATION and FMR CORP., ) <br>     Defendants ) <br> ) | Case No. 05-10673-WGY <br><br> COMPLAINT <br><br> FLSA COLLECTIVE ACTION |

### CERTIFICATE OF MICHAEL PALMER, ESQ.

I, Michael Palmer, Esq., being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing of the bar of New York state.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this ___ day of December, 2005.

_/s/ Michael Palmer_
Michael Palmer