UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARI-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendant<br><br>              Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br><br>              Defendant. | Case No. 05-10673 (WGY)<br><br>**NOTICE OF FIFTH FILING OF FLSA CONSENT-TO-SUE** |

Attached hereto is a Consent to be "Party Plaintiff" under Federal Fair Labor Standards Act for the following individual(s):

Debra A. McDonald-Musto
Lance Milner
Thomas E. Walters
Sylvie Pare-Laliberte

DATED: January 17, 2006    By:    /s/  REBECCA J SOBIE
Attorneys for Plaintiffs
Ira Spiro (CA State Bar No. 67641)
Rebecca J Sobie (CA State Bar No. 179562)
Spiro Moss Barness Harrison & Barge LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
(310) 235-2468

Thomas E. Kenney (BBO No. 561590)
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

Charles Joseph (NY State Bar No. CJ 9442)
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017

1
**NOTICE OF SECOND FILING OF FLSA CONSENT-TO-SUE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on Richard Alfred, Krista Pratt and Barry J. Miller, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210-2028, by first class mail, postage prepaid, on January 17, 2006.

/s/   REBECCA J SOBIE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: DEBRA A. McDONALD - MUSTO

Address: 28 MITCHELL ST., MERRIMACK, NH 03054

Optional: Preferred telephone number: 603-440-8898 (CELL)

Signature: X /s/ Debra McDonald-Musto

Date: 01-12-2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: Lance Milner

Address: 6 Bay Rd #15, Newmarket, NH 03857

Optional: Preferred telephone number: 603 232-9001

Signature: X _Lance Milner_

Date: 1·12·06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>      Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>      Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: THOMAS E WALTERS

Address: 6/3 TAMPA ST., NASHUA, NH, 03064

Optional: Preferred telephone number: (603) 320-7664

Signature: X [signature]

Date: 1/5/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br><br>      Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>      Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## CONSENT TO BE "PARTY PLAINTIFF" UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am a former or current employee of Fidelity Employer Services Corporation FESCo, of FMR Corp., or of Fidelity Employer Services Company, LLC (collectively referred to as "FESCo").

I consent to become a "party plaintiff" in the Fair Labor Standards Act (FLSA) lawsuit brought pending in the U.S. District Court for the District of Massachusetts (Docket No. 05cv10673), seeking payment of unpaid wages, including overtime wages, and related relief against FESCo on behalf of me and other former and current employees of FESCo including employees and former employees in any of the following job titles: business analyst, project analyst, and reporting analyst.

Print Name: SYLVIE PARE - LALIBERTE

Address: 14 DRAKE LANE   MERRIMACK NH 03054

Optional: Preferred telephone number: 603 424-2603 HOME
603 791 5218 WORK

Signature: X Sylvie Pare Laliberte

Date: 1/11/06