```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 05-10673-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                      *
 6   DEBBIE L. TREZVANT, et al.,      *
                                      *
 7            Plaintiffs,             *
                                      *
 8   v.                               *   MOTION HEARING
                                      *
 9   FIDELITY EMPLOYER SERVICES       *
     CORPORATION, et al.,             *
10                                    *
              Defendants.             *
11                                    *
     * * * * * * * * * * * * * * * * *
12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15   APPEARANCES:

16
              SPIRO MOSS BARNESS HARRISON & BARGE, LLP
17       (By Ira Spiro, Esq.), 11377 W. Olympic Blvd.,
         5th Floor, Los Angeles, California 90063-1683, on
18       behalf of the Plaintiffs

19            SEYFARTH SHAW, LLP (By Richard L. Alfred,
         Esq. and Barry Miller, Esq.), World Trade Center
20       East, Two Seaport Lane, Suite 300, Boston,
         Massachusetts 02210-2028, on behalf of the
21       Defendants

22

23

24                                    Boston University Law School
                                      Boston, Massachusetts
25
                                      February 14, 2006
```