UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, and DEBORAH CHERYL ARCH, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants,<br>Plaintiffs,<br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br>Defendants. | CIVIL ACTION NO. 05-10673 WGY |

## ~~PROPOSED~~ ORDER ON THE PARTIES' STIPULATION AND JOINT MOTION

1.  For the reasons stated in the Parties' stipulation and joint motion, the class conditionally certified by the Court in this matter pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act on October 26, 2005, is hereby DECERTIFIED. This Order and the decertification of the FLSA class shall have no bearing on whether a class will be certified under Fed.R.Civ.P. 23 in connection with Count II, if Count II proceeds any further.

2.  Also for the reasons stated in the Parties' stipulation and joint motion, John Sweeney, Jr., Brie Basiliere, Russell Broz, Jane Vincent, Linda Biron, Laurence Sott, Debra McDonald-Musto, Lance Milner, Thomas Walters, Sylvie Pare-Laliberte, and Jennifer Rambin are hereby JOINED as plaintiffs in this matter pursuant to Fed.R.Civ.P. 20(a). The statute of limitations on each above-listed individual's claims under the FLSA and those of the named plaintiffs, shall be measured from the date on which his or her consent to participate in this litigation was filed with the Court.

3.  Also for the reasons stated in the Parties' stipulation and joint motion, the Scheduling Order in this matter is AMENDED as follows. Non-expert discovery in this matter shall be completed by July 21, 2006. Dispositive motions shall be filed by September 29, 2006.

SO ORDERED.

*William G. Young*
WILLIAM G. YOUNG
United States District Judge
Dated: May 3, 2006

BO1 15774760.1