UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants)<br><br>　　　Plaintiffs<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br>　　　Defendants | Case No. 05-10673-WGY<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

　　　Now come the Plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this Court permits J. Mark Moore, Esq. to enter his appearance as counsel for the Plaintiffs in this action. In support of this motion, the Plaintiffs submit the Certificate of James Mark Moore, Esq. That certificate states as follows:

　　　1.　　Mr. Moore is a member of the bars of the United States District Court for the Northern, Central, Southern and Eastern Districts of California, and the United States Court of Appeals for the Ninth Circuit, and all courts of the State of California.

　　　2.　　Mr. Moore is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

　　　3.　　There are no disciplinary proceedings pending against Mr. Moore as a member of the bar in any jurisdiction.

4.       Mr. Moore is familiar with the Local Rules of the Unites States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the Plaintiffs, through their counsel, respectfully request that this Court permit J. Mark Moore, Esq. to enter his appearance as counsel for the Plaintiffs in this action.  In support for this motion, the Plaintiffs rely upon the Certificate of James Mark Moore, Esq. attached hereto.

        THE PLAINTIFFFS,
        By their attorneys,


        _____/s/ Thomas E. Kenney_____
        Thomas E. Kenney
        BBO #561590
        Pierce & Mandell, P.C.
        11 Beacon Street, Suite 800
        Boston, MA 02108
        (617) 720-2444

Dated:  June 9, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants ) ) ) ) ) ) ) ) Plaintiffs ) ) v. ) ) FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP., ) ) Defendants ) ) | Case No. 05-10673-WGY<br><br>CERTIFICATE OF JAMES MARK MOORE IN APPLICATION TO APPEAR AND PRACTICE; LOCAL RULE 8.5.3(b) |

**CERTIFICATE OF J. MARK MOORE**

I, James Mark Moore, Esq., being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, and the United States Court of Appeals for the Ninth Circuit, and all the courts of the State of California (i.e. I am an active member of the State Bar of California).

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury under the laws of the United States of America, this 1st day of June, 2006.

_____
JAMES MARK MOORE