UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants) <br><br> Plaintiffs <br><br> v. <br><br> FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP., <br> Defendants | Case No. 05-10673-WGY |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this Court permit Katherine J. Odenbreit, Esq. to enter her appearance as counsel for the plaintiffs in this action. In support of this motion, the plaintiffs submit the Certificate of Katherine J. Odenbreit, Esq. That certificate states as follows:

1. Ms. Odenbreit is a member of the bars of California and the United States District Courts for Northern, Central, Eastern, and Southern Districts of California.

2. Ms. Odenbreit is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice.

3. There are no disciplinary proceedings pending against Ms. Odenbreit as a member of the bar in any jurisdiction.

4. Ms. Odenbreit is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Katherine J. Odenbreit, Esq. to enter her appearance as counsel for the plaintiffs in this action. In support for this motion, the plaintiffs rely upon the Certificate of Katherine J. Odenbreit, Esq., attached hereto.

THE PLAINTIFFS,
By their attorneys,

*Thomas Kenney*

Thomas E. Kenney
BBO # 561590
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBBIE L. TREZVANT, TIMOTHY )
CAHILL, DEBORAH CHERYL ARCH, and )
MARY-CATHERINE PICHE, each of them )    Case No. 05-10673-WGY
individually and on behalf of all others )
similarly situated and similarly situated )
current and former employees of Defendants )
)
    Plaintiffs )
)
v. )
)
FIDELITY EMPLOYER SERVICES )
CORPORATION and FMR CORP., )
    Defendants )
)

### CERTIFICATE OF KATHERINE J. ODENBREIT

I, Katherine J. Odenbreit, being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing in the bars of California and the United States District Courts for the Northern, Central, Southern and Eastern Districts of California.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury under the laws of the United States of America, this 10th day of July 2006.

*Katherine J. Odenbreit*
Katherine J. Odenbreit