UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, and MARY-CATHERINE PICHE, each of them individually and on behalf of all others similarly situated and similarly situated current and former employees of Defendants)<br><br>Plaintiffs<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION and FMR CORP.,<br>Defendants | Case No. 05-10673-WGY |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Now come the plaintiffs, by their counsel, and move, pursuant to LR 83.5.3(a), that this Court permit Maimon Kirschenbaum, Esq. to enter his appearance as counsel for the plaintiffs in this action. In support of this motion, the plaintiffs submit the Certificate of Maimon Kirschenbaum, Esq. That certificate states as follows:

1. Mr. Kirschenbaum is a member in good standing of the bar of New York.

2. There are no disciplinary proceedings pending against Mr. Kirschenbaum as a member of the bar.

3. Mr. Kirschenbaum is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, for the reasons set forth above, the plaintiffs, through their counsel, respectfully request that this Court permit Maimon Kirschenbaum, Esq. to enter her appearance as counsel for the plaintiffs in this action. In support for this motion, the plaintiffs rely upon the Certificate of Maimon Kirschenbaum, Esq., attached hereto.

THE PLAINTIFFS,
By their attorneys,

*Thomas Kenney*
Thomas E. Kenney
BBO # 561590
Pierce & Mandell, P.C.
11 Beacon St., Suite 800
Boston, MA 02108
(617) 720-2444

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY ) <br> CAHILL, DEBORAH CHERYL ARCH, and) <br> MARY-CATHERINE PICHE, each of them ) <br> individually and on behalf of all others ) <br> similarly situated and similarly situated ) <br> current and former employees of Defendants) <br>    ) <br>     Plaintiffs    ) <br>    ) <br> v.    ) <br>    ) <br> FIDELITY EMPLOYER SERVICES ) <br> CORPORATION and FMR CORP., ) <br>     Defendants    ) <br>    ) | Case No. 05-10673-WGY |

**CERTIFICATE OF MAIMON KIRSCHENBAUM, ESQ.**

I, Maimon Kirschenbaum, being duly sworn, do depose and state as follows:

1. I am an attorney and a member in good standing in the state bar of New York.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury under the laws of the United States of America, this 10th day of July 2006.

_____
Maimon Kirschenbaum