UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, JOHN SWEENEY, JR., BRIE BASILIERE, RUSSELL BROZ, JANE VINCENT, LINDA BIRON, LAURENCE SOTT, DEBRA MCDONALD-MUSTO, LANCE MILNER, THOMAS WALTERS, SYLVIE PARE-LALIBERTE, and JENNIFER RAMBIN,<br><br>      Plaintiffs,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP.,<br><br>      Defendants. | CIV. NO. 05-10673 WGY |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, including Plaintiffs Debbie L. Trezvant, Timothy Cahill, Deborah Cheryl Arch, John Sweeney, Jr., Brie Basiliere, Russell Broz, Jane Vincent, Linda Biron, Laurence Sott, Debra McDonald-Musto, Lance Milner, Thomas Walters, Sylvie Pare-Laliberte, and Jennifer Rambin, as well as Defendants Fidelity Employer Services Corporation, Fidelity Employer Services Company LLC, and FMR Corp., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case with prejudice and all rights of appeal waived, with the parties each to bear their own attorneys' fees and costs.

BO1 15900713.1 / 39162-000002

Dated this 11th day of February 2008.

Respectfully submitted,

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, JOHN SWEENEY, JR., BRIE BASILIERE, RUSSELL BROZ, JANE VINCENT, LINDA BIRON, LAURENCE SOTT, DEBRA MCDONALD-MUSTO, LANCE MILNER, THOMAS WALTERS, SYLVIE PARE-LALIBERTE, and JENNIFER RAMBIN, By their attorneys, | FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC and FMR CORP., <br><br> By their attorneys, |
| /s/ Ira Spiro<br>Ira Spiro (CA State Bar No. 67641)<br>  Admitted *pro hac vice*<br>SPIRO MOSS BARNESS HARRISON & BARGE LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA 90064-1683<br>(310) 235-2468 | /s/ Barry J. Miller<br>Richard L. Alfred (BBO # 015000)<br>Brett C. Bartlett (Ga. Bar No. 040510)<br>  Admitted *pro hac vice*<br>Krista G. Pratt (BBO # 644741)<br>Barry J. Miller (BBO # 661596)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:   (617) 946-4800<br>Telecopier:   (617) 946-4801 |
| Thomas E. Kenney (BBO # 516590)<br>PIERCE & MANDELL, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 | |
| Charles Joseph (NY State Bar No. CJ 9442)<br>  Admitted *pro hac vice*<br>JOSEPH & HERZFELD LLP<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 | |