UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, JOHN SWEENEY, JR., BRIE BASILIERE, RUSSELL BROZ, JANE VINCENT, LINDA BIRON, LAURENCE SOTT, DEBRA MCDONALD-MUSTO, LANCE MILNER, THOMAS WALTERS, SYLVIE PARE-LALIBERTE, and JENNIFER RAMBIN, <br><br>  Plaintiffs, <br><br> v. <br><br> FIDELITY EMPLOYER SERVICES CORPORATION, FIDELITY EMPLOYER SERVICES COMPANY LLC, and FMR CORP., <br><br> Defendants. | CIV. NO. 05-10673 WGY |

**NOTICE OF AMOUNT TO BE PAID BY COUNSEL FOR PLAINTIFFS**

**TO PLAINTIFF PARE-LALIBERTE**

This action has been settled as individual claims, not as a class action. However, counsel for plaintiffs inadvertently undercalculated by $5264.53 the amount to be paid to plaintiff Sylvie Pare-Laliberte pursuant to the settlement. Thus, counsel for plaintiffs will pay the $5264.53 to her from their own funds. Defendants shall have no obligation or liability for said $5264.53.

Dated this 12th day of May 2008.

Respectfully submitted,

/s/ Ira Spiro
_____
Ira Spiro (CA State Bar No. 67641)
  Admitted *pro hac vice*
SPIRO MOSS BARNESS LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064-1683
(310) 235-2468

Attorneys for plaintiffs DEBBIE L. TREZVANT, TIMOTHY CAHILL, DEBORAH CHERYL ARCH, JOHN SWEENEY, JR., BRIE BASILIERE, RUSSELL BROZ, JANE VINCENT, LINDA BIRON, LAURENCE SOTT, DEBRA MCDONALD-MUSTO, LANCE MILNER, THOMAS WALTERS, SYLVIE PARE-LALIBERTE, and JENNIFER RAMBIN,

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on May 13, 2008.

/s/ Cole Oliver
Cole Oliver